[No. 8008–3–I.   Division One.   April 9, 1981.]

Ed Schmidt, *Respondent,* v. Evelyn
Polinder, et al, *Appellants.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 55958, Marshall Forrest, J., entered
August 24, 1979. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Ringold, A.C.J., and Corbett,
J.

[No. 7525–0–I.   Division One.   April 9, 1981.]

Seattle Trust & Savings Bank, *Plaintiff,* v. Economy
Electric Wiring, Inc., *Appellant.*

Thomas M. Thum, *Respondent,* v. Gwin
L. Smith, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 830783, F. A. Walterskirchen, J. Pro Tem.,
entered March 19, 1979. *Affirmed* by unpublished opinion
per Swanson, J., concurred in by Andersen and Durham,
JJ.

[No. 7993–0–I.   Division One.   April 9, 1981.]

Melvin W. Hollinger, et al, *Respondents,* v. Julius
Kane, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 57252, Byron L. Swedberg, J.,
entered June 15, 1979. *Affirmed* by unpublished opinion
per Corbett, J., concurred in by James, C.J., and Andersen,
J.